**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN THE MATTER OF                          )
                                          )
HENRY ROY LEWIS, JR.                      )          BANKRUPTCY CASE NUMBER 09-13288
KATHY LYNN LEWIS                          )                        CHAPTER 7
                                          )
                    DEBTORS.              )


**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed

creditors were less than $5.00 each:


| | | |
|---|---|---|
| CLAIM # 3I | Indiana Department of Revenue<br>Bankruptcy Section - N-240<br>100 North Senate Avenue<br>Indianapolis, Indiana   46204 | $ 1.09 |
| CLAIM # 5I | Verizon<br>404 Brock Drive<br>Bloomington, Illinois   61701 | $ 2.10 |

**TOTAL:    $ 3.19**


Respectfully submitted,

_____/s/ Yvette Gaff Kleven _____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2011, a true and correct copy of

the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the

Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and

was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses

indicated.

            ____/s/ Yvette Gaff Kleven_____
            Yvette Gaff Kleven